IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

ASGEDOM THOMAS WELDEHAIMANOT,                    PETITIONER
A# 249-139-090

V.                                              CIVIL NO. 5:26-cv-454-DCB-BWR

WARDEN, Adams County Correctional Center                    RESPONDENT

ORDER

This matter is before the Court on pro se Petitioner Asgedom Thomas

Weldehaimanot's (Petitioner's), Petition for a Writ of Habeas Corpus under 28 U.S.C.

§ 2241.[1]  Petitioner is an immigration detainee housed at the Adams County Correctional

Center in Natchez, Mississippi.  After initial review of Petitioner's filings, the Court finds

that the Respondent shall respond to the Petition.

**IT IS THEREFORE ORDERED** that Respondent shall file an answer or other

responsive pleading in this cause within twenty (20) days of the service of a copy of this

order.  Respondent shall file with his or her answer or other responsive pleading any

agency records or court records relevant to the disposition of this cause.   If Petitioner

desires to file a rebuttal, he may do so within fourteen days after Respondent files an

answer or other responsive pleading.

**IT IS FURTHER ORDERED** that the Clerk of Court shall serve, by certified mail, a

copy of the Petition [1] filed herein, along with a copy of this Order upon the Civil Process

Clerk of the Office of the United States Attorney for the Southern District of Mississippi,

501 E. Court St., Suite 4.430, Jackson, MS 39201; the Attorney General of the United

---

[1] Petitioner paid the filing fee.

States, at U.S. Department of Justice, 950 Pennsylvania Ave., NW, Washington, D.C. 20530; and Warden of Adams County Correctional Center, 20 Hobo Fork Road, Natchez, MS 39120.  Respondent may view Petitioner's Memorandum in Support [2] via the Court's CM/ECF system.

The Court warns Petitioner that his failure to timely comply with any Order of this Court or his failure to keep this Court informed of his current address will result in the dismissal of this case.

**SO ORDERED**, this the 5th day of June, 2026.

_s/ Bradley W. Rath_

BRADLEY W. RATH
UNITED STATES MAGISTRATE JUDGE